# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| **BRENTT D. SECHRIST** ) | |
| ) | **No. 19-12575** |

## CERTIFICATE OF SERVICE

    I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the Chapter 13 Plan to the above-captioned matter upon the persons and in the manner set forth below:

US Trustee's Office (VIA ECF)
833 Chestnut Street
Philadelphia, PA 19107

Scott Waterman, Trustee (VIA ECF)
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

**Service by First Class Mail, Postage Pre-Paid**:  All creditors listed on matrix

                                                                     s/Mitchell A. Sommers
                                                                       Mitchell A. Sommers, Esquire
                                                                       Attorney for Debtor
                                                                       Attorney I.D. No. 38505
                                                                       107 West Main Street
                                                                       Ephrata, PA 17522
                                                                       (717) 733-6607

Date:   May 21, 2019