UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Brentt D. Sechrist                         Date: May 21, 2019
    Case No. 19-12575

To:    Mitchell A. Sommers, Esq.

## NOTICE OF INACCURATE FILING

Re:                      Chapter 13 Plan

The above pleading was filed in this office on **May 20, 2019.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( ) Debtor's name does not match case number listed.
- ( ) Debtor's name and/or case number (is) are missing.
- ( ) Wrong PDF document attached..
- ( ) PDF document not legible.
- ( ) Notice of Motion/Objection.
- ( ) Document must be re-filed to correct error.
- **(XX) Other -There is no e-signature or date on the Chapter 13 Plan. Please add and email the correct PDF to the email address listed below - do not refile.**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                                                             Timothy B. McGrath
                                                             Clerk

                                                             By: /s Lisa Henry
                                                             Deputy Clerk