*Sec h pt 5*    *NO 19-12575*

*Amended*

Allied Interstate
PO Box 361445
Columbus, OH 43236


Alltran Financial LP
PO Box 722929
Houston, TX 77272-2910


Barclays Bank of Delaware
PO Box 8803
Wilmington, DE 19899


Brown & Joseph LTD
PO Box 59838
Schaumburg, IL 60159-0838


CAC Acceptance Company
2300 Gettysburg Road, STE 102
Camp Hill, PA 17011


Capital One
PO Box 30281
Salt Lake City, UT 84130


Carrington Mortgaqge Services
PO Box 79001
Phoenix, AZ 85062-9001


Citi Cards
PO Box 6403
Sioux Falls, SD 57117


Cresta Firefighting Esquipment LLC
PO Box 76134
Cleveland, OH 44101-4755

Dragon Fire Distribution
8243 Hampton Bluff Terrace
Chesterfield, VA 23832


Drayer Physical Therapy Billing Office
PO Box 30
Reedsville, PA 17084


Garcia Garman Shea PC
216 S 8th Street
Lebanon, PA 17042


George B. Faller, Jr., Esquire
10 East High Street
Carlisle, PA 17013


Heritage Communcations
313 West Liberty Street Suite 252
Lancaster, PA 17603


Kaza Fire Equipment LLC
155 Lovell Avenue
Ebensburg, PA 15931


Knepper Advisory Partners
PO Box 184
Mount Holly Springs, PA 17065


Martson Law Offices
10 East High Street
Carlisle, PA 17013


Members 1st FCU
500 Louise Drive
PO Box 40
Mechanicsburg, PA 17055-0040

Document    Page 3 of 4

Merrick Bank
PO Box 30537
Tampa, FL 33630

Nationwide Credit, Inc.
PO Box 14581
Des Moines, IA 50306-0354

PSECU
PO Box 67013
Harrisburg, PA 17106

Stamps.com
PO Box 202928
Dallas, TX 75320-2928

Susquehanna Fire Equipment Co.
PO Box 209
Dewart, PA 17730

The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Leviton Law Firm Ltd
3 Golf Center, STE 361
Hoffman Estates, IL 60169

Transworld Systems, Inc.
PO Box 17212
Wilmington, DE 19850

TrueAccord
303 2nd Street, STE 750 South
San Francisco, CA 94107

UGI
PO Box 13009
Reading, PA 19612


Wells Fargo
PO Box 14529
Des Moines, IA 50306-3529


Zimmerman Pfannebecker, Nuffort & Albert
22 S Duke Street
Lancaster, PA 17602