# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       **BRENTT D. SECRIST,**        :        **Chapter 13**
                                           :
             **Debtor**        :        **Bky. No.  19-12575 ELF**

## O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

**Date: July 11, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**