United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-12575-elf
Brentt D. Sechrist                                                       Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP              Page 1 of 2                Date Rcvd: Jul 11, 2019
                              Form ID: pdf900          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db             +Brentt D. Sechrist,    766 Keller Avenue,    Lititz, PA 17543-2754
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14311554      #+Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
14324312       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14311556      +Barclays Bank of Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
14311557       Brown & Joseph LTD,    PO Box 59838,    Schaumburg, IL 60159-0838
14311558      +CAC Acceptance Company,    2300 Gettysburg Road, STE 102,    Camp Hill, PA 17011-7303
14311560       Carrington Mortgagge Services,    PO Box 79001,    Phoenix, AZ 85062-9001
14330746      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14311561      +Citi Cards,    PO Box 6403,    Sioux Falls, SD 57117-6403
14311562      +Cresta Firefighting Esquipment LLC,    PO Box 76134,    Cleveland, OH 44101-4204
14333442      +David W. Park,    Martson Law Office,    10 E. High St.,    Carlisle, PA 17013-3093
14311563      +Dragon Fire Distribution,    8243 Hampton Bluff Terrace,    Chesterfield, VA 23832-2036
14311564      #+Drayer Physical Therapy Billing Office,    PO Box 30,    Reedsville, PA 17084-0030
14311565      +Garcia Garman Shea PC,    216 S 8th Street,    Lebanon, PA 17042-6004
14311566      +George B. Faller, Jr., Esquire,    10 East High Street,    Carlisle, PA 17013-3015
14311567      +Heritage Communcations,    313 West Liberty Street Suite 252,    Lancaster, PA 17603-2748
14311568      +Kaza Fire Equipment LLC,    155 Lovell Avenue,    Ebensburg, PA 15931-1876
14311569      +Knepper Advisory Partners,    PO Box 184,    Mount Holly Springs, PA 17065-0184
14327743      +Martson Law Offices,    10 East High Street,    Carlisle PA 17013-3093
14311572      +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14311573       Stamps.com,    PO Box 202928,    Dallas, TX 75320-2928
14311574      +Susquehanna Fire Equipment Co.,    PO Box 209,    Dewart, PA 17730-0209
14352067      +The Bank of NY Mellon,    Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                 Anaheim, CA 92806-5948
14315959      +The Bank of New York Mellon,    F/K/A The Bank of New York,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14315675      +The Bank of New York Mellon, F/K/A The Bank of New,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14311575       The Hartford,    PO Box 660916,    Dallas, TX 75266-0916
14311576      +The Leviton Law Firm Ltd,    3 Golf Center, STE 361,    Hoffman Estates, IL 60169-4910
14311580       Wells Fargo,    PO Box 14529,    Des Moines, IA 50306-3529
14350269       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14311581      +Zimmerman Pfannebecker, Nuffort & Albert,    22 S Duke Street,    Lancaster, PA 17602-3536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: unger@members1st.org Jul 12 2019 11:05:45     Members First Federal Credit Union,
                 5000 Louise Drive,    P. O. Box 40,    Mechanicsburg, PA  17055-0040
14311555      +E-mail/Text: bnc@alltran.com Jul 12 2019 11:04:56     Alltran Financial LP,    PO Box 722929,
                 Houston, TX 77272-2929
14311559      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 03:01:48      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14320122      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2019 03:02:08
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14318464       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 03:02:07      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14323929       E-mail/Text: bkr@cardworks.com Jul 12 2019 11:04:52     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14340606      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2019 11:05:19     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14311570       E-mail/Text: unger@members1st.org Jul 12 2019 11:05:45     Members 1st FCU,    500 Louise Drive,
                 PO Box 40,    Mechanicsburg, PA 17055-0040
14333443      +E-mail/Text: unger@members1st.org Jul 12 2019 11:05:45     Members 1st Federal Credit Union,
                 ATTN: Collections Department,    5000 Louise Drive,    Mechanicsburg, PA 17055-4899
14311571      +E-mail/Text: bkr@cardworks.com Jul 12 2019 11:04:52     Merrick Bank,    PO Box 30537,
                 Tampa, FL 33630-3537
14352044       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 03:02:05
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14327740      +E-mail/Text: bankruptcynotices@psecu.com Jul 12 2019 11:05:43     PSECU,    PO Box 67013,
                 Harrisburg PA 17106-7013
```

```
District/off: 0313-4              User: PaulP              Page 2 of 2              Date Rcvd: Jul 11, 2019
                                  Form ID: pdf900          Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14311577       +E-mail/Text: bankruptcydepartment@tsico.com Jul 12 2019 11:05:43      Transworld Systems, Inc.,
                 PO Box 17212,    Wilmington, DE 19850-7212
14311578       +E-mail/Text: media@trueaccord.com Jul 12 2019 11:05:48      TrueAccord,
                 303 2nd Street, STE 750 South,    San Francisco, CA 94107-2543
14311579        E-mail/Text: bkrcy@ugi.com Jul 12 2019 11:05:43      UGI,   PO Box 13009,    Reading, PA 19612
14350035        E-mail/Text: bkrcy@ugi.com Jul 12 2019 11:05:43      UGI Utilities, Inc.,   P.O. Box 13009,
                 Reading, PA 19612
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
cr              Wells Fargo Bank N.A.
14327742*      +Zimmerman Pfannebecker, Nuffort & Albert,   22 S Duke Street,   Lancaster PA 17602-3536
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              DAVID W. PARK    on behalf of Creditor    Members First Federal Credit Union dpark@martsonlaw.com,
               teckenroad@martsonlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
               York bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Debtor Brentt D. Sechrist sommersesq@aol.com,   kjober@ptd.net
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    BRENTT D. SECRIST,    :    Chapter 13
:
Debtor    :    Bky. No.  19-12575 ELF

## O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date: July 11, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**