IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Brentt D. Sechrist,  : Bankruptcy No. 19-12575-ELF
          Debtor(s)           : Chapter 13

## **PRAECIPE**

Please withdraw Docket # 30, Standing Chapter 13 Trustee's Final Report.  This is a duplicate entry.

                          Respectfully submitted,

Date:  September 25, 2019          */s Scott F. Waterman*
                                       Scott F. Waterman
                                       Standing Chapter 13 Trustee – Reading